## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM BOURLAND, | ) | 3:13-CV-0660-MMD (WGC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | May 12, 2014 |
| HUMBOLDT COUNTY, | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On this date, Jeffrey Dickerson, Esq., counsel for the plaintiff, notified the court that he has been suspended from the practice of law effective May 9, 2014 (#14).  Therefore, the early neutral evaluation set for today, May 12, 2014, is hereby **VACATED**.  Plaintiff shall have thirty (30) days to obtain new counsel and reset the early neutral evaluation.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
      Deputy Clerk