# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM BOURLAND, | ) | 3:13-cv-00660-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF PROCEEDINGS** |
| vs. | ) | April 16, 2015 |
| HUMBOLDT COUNTY, | ) | |
| Defendant. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>Katie Lynn Ogden</u>     REPORTER:   <u>          FTR          </u>

COUNSEL FOR PLAINTIFF:   <u>Julie Cavanaugh-Bill (Telephonically)</u>

COUNSEL FOR DEFENDANTS:   <u>Stephen Balkenbush (Telephonically)</u>

**MINUTES OF PROCEEDINGS: Motion Hearing**

10:01 a.m.  Court convenes.

The court holds today's conference to address Plaintiff's Motion to Compel (Doc. # 33).

The court first discusses with counsel their attempts to resolve the discovery disputes prior to seeking the court's intervention.  The court expresses its concerns regarding counsels' meet and confer efforts and makes the observation that Plaintiff's motion and today's conference could probably have been avoided had counsel made a sincere effort, as required by LR 26-7(b), to resolve the disputes between themselves.  Nevertheless, the court continues with today's hearing to address the discovery requests at issue.

After having discussion with counsel regarding the outstanding discovery requests, the court orders the following:

**First Requests for Production of Documents 3-8**[1]: Defendant is directed to provide Plaintiff with a declaration that states there are no further documents responsive to requests for production of documents 3-8.

---

[1] Plaintiff's First Requests for Production of Documents can be found at Doc. # 33, Exhibit 1.

1

Minutes of Proceedings
3:13-cv-00660-MMD-WGC
April 16, 2015

**Plaintiff's Requests for Production of Documents (Second Set) 1-3**[2]: Defendant is directed to provide Plaintiff with a declaration that states there are no further documents responsive to requests for production of documents 1-3 (second set).

In view of the court's order, Plaintiff's Motion to Compel (Doc. # 33 is **DENIED without prejudice**. Plaintiff may renew the motion to compel should the declarations provided by Defendant not satisfy the outstanding discovery requests. If appropriate, and after participating in a meet and confer conference, counsel shall renew the motion to compel no later than **Friday, April 24, 2015**.

IT IS SO ORDERED.

10:22 a.m.  Court adjourns.

LANCE S. WILSON, CLERK

By:  _____/s/_____
Katie Lynn Ogden, Deputy Clerk

---

[2] Plaintiff's Requests for Production of Documents (Second Set) can be found at Doc. # 33, Exhibit 2.